Alexander Tweedie, Respondent, v. Emmet Clark, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Sewell, J., not sitting.

Rhody Toher and Clarence Carskaddan, Executors, etc., of James W. Marshall, Deceased, Respondents, v. Melva M. Crounse and Frederick W. Marshall, Appellants, Impleaded with Charles B. Marshall, Defendant, and Frank J. Marshall and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion.

Timothy L. Woodruff, Appellant, v. The People of the State of New York and Others, Respondents.— Judgment directed for the defendants, with costs, and the questions submitted answered as follows: The first question in the negative; the second question in the affirmative. No opinion. All concurred.

Elijah W. Wood, Respondent, v. Sarah F. Ostrander, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Ellen A. Whiting, Respondent, v. The People's Mutual Life Insurance Association and League, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.